```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STELLA L. CARTER, | ) | Case No. CIV 08-1841 KJM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to April 24, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid April of 2009.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: February 17, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: February 17, 2009    Lawrence G. Brown

Acting United States Attorney

/s/ *Elizabeth Firer*
ELIZABETH FIRER

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE

2