1 | BESS M. BREWER, #100364
  | LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
  | P.O. Box 5088
3 | Sacramento, CA 95817
  | Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STELLA L. CARTER** ) | Case No. CIV 08-1841 KJM |
| ) | |
| **Plaintiff,** ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to May 1, 2009. Plaintiff had five summary judgment motions due within a five day period and was unable to complete Ms. Carter's brief as scheduled.

/ / / /

/ / / /

/ / / /

1

Dated: April 27, 2009     */s/Bess M. Brewer*
                          BESS M. BREWER
                          Attorney at Law

                          Attorney for Plaintiff


Dated: April 28, 2009     Lawrence G. Brown

                          Acting United States Attorney

                          */s/ Elizabeth Firer*
                          ELIZABETH FIRER
                          Special Assistant U.S. Attorney
                          Social Security Administration

                          Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: April 28, 2009.

_____
U.S. MAGISTRATE JUDGE