1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                            SACRAMENTO DIVISION
11

12 STELLA CARTER,                    )
                                     )   CIVIL NO. 2:08-cv-01841 KJM
13       Plaintiff,                  )
                                     )
14       v.                          )   STIPULATION AND ORDER OF
                                     )   VOLUNTARY REMAND AND DISMISSAL
15 MICHAEL J. ASTRUE,                )   OF CASE, WITH DIRECTIONS TO CLERK
   Commissioner of                   )   TO ENTER JUDGMENT
16 Social Security,                  )
                                     )
17       Defendant.                  )
   _____   )

18       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

19 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

20 case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

21       In November 2008, the Ninth Circuit Court of Appeals remanded case number 1:05-cv-02358

22 KJM, also involving this Plaintiff, for further administrative proceedings (9th Cir. Docket # 07-15956).

23 At issue in the instant case is another disability application filed by this Plaintiff.  Upon remand of the

24 instant case, the Commissioner will consolidate both cases so that he may more quickly and with

25 administrative economy, consider the evidence in both claims.

26 ///

27 ///

28 ///

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                              Respectfully submitted,

Dated: June 25, 2009                 /s/ Bess Brewer
                                          (As authorized via email)
                                          BESS M. BREWER
                                          Attorney for Plaintiff

Dated: June 25, 2009                 LAWRENCE G. BROWN
                                          Acting United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ Elizabeth Firer
                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: June 26, 2009.

                                          U.S. MAGISTRATE JUDGE